1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ALARICE M. MEDRANO
4  Assistant United States Attorney
   California Bar No. 166730
5       Room 7516 Federal Building
        300 North Los Angeles Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0460
7       Facsimile: (213) 894-7819
        E-mail: Alarice.Medrano@usdoj.gov

JS - 6

Attorneys for Federal Defendants, Michael B. Mukasey, Attorney General of the United States, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RAMIN JABBARI and LEILA SAGART, | No. SA CV 07-0487 DOC (ANx) |
| Plaintiffs, | |
| v. | ORDER DISMISSING ACTION |
| MICHAEL B. MUKASEY, Attorney General of the United States, et al., | |
| Defendants. | [Before the Honorable David O. Carter] |

\\\

\\\

\\\

\\\

\\\

\\\

\\\

The Court having considered the parties' Stipulation to Dismiss,

IT IS SO ORDERED THAT the above-captioned action be dismissed without prejudice. Each party shall bear their own costs and fees, including attorneys fees.

DATED: February 26, 2008

*David O. Carter*
DAVID O. CARTER
United States District Judge

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


 /s/ Alarice M. Medrano
ALARICE M. MEDRANO
Assistant United States Attorney

Attorneys for Federal Defendants,
Michael B. Mukasey, Attorney General
of the United States, et al.

2